**Order entered May 5, 2020**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-20-00478-CV

ROCKWELL DEBT FREE PROPERTIES, INC. F/K/A
INVESTMENT PROPERTY SOLUTIONS, INC., ET AL., Appellants

V.

ANNE D. KERN, ET AL., Appellees

On Appeal from the 471st Judicial District Court
Collin County, Texas
Trial Court Cause No. 471-04983-2019

## ORDER

The clerk's record is overdue. On May 1, 2020, appellants provided written verification that they have paid the fee for the clerk's record. Accordingly, we **ORDER** Lynne Finley, Collin County District Clerk, to file the clerk's record **within ten days** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Finley and all parties.

/s/     BILL WHITEHILL
JUSTICE